UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DRINK 2 SUCCESS BEVERAGE CONSULTANTS LLC, | ) | CASE NO. 26-17110 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. DEBORAH L. THORNE |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Wednesday, November 18, 2026, at 1:30 pm**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video**
**Meeting ID:** **992 872 113 779**
**Passcode:** **w7oY7YN7**

**To Join by Phone**
**Telephone No.:** **(202) 235-7900**
**Passcode:** **361 587 198#**

All appearances at the meeting of creditors will be by Microsoft Teams. No personal appearances are permitted unless otherwise instructed by the U.S. Trustee's Office. The Debtor and Debtor's counsel must appear by video. All others may attend either on video or by phone.

ADAM G. BRIEF
ACTING U. S. TRUSTEE

By: */s/ Spencer Ezell*
Spencer Ezell, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 702-6338

## CERTIFICATE OF SERVICE

I, Spencer Ezell,

☒ an attorney, certify
- or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method shown on October 21, 2026, at 5:00 p.m.

By: */s/Spencer Ezell*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

| | |
|---|---|
| Adam G. Brief: | Ustpregion11.es.ecf@usdoj.gov |
| Gregory J. Jordan: | gjordan@jz-llc.com, jordan.gregoryr99818@notify-prod.bestcase.com |
| David P. Leibowitz: | dleibowitz@lodpl.com, ecf@lodpl.com; lawofficesofdavidpleibowitzllc@jubileebk.net |
| Janice H. Seyedin: | jseyedin@janiceseyedininc.com, Jseyedin@ecf.axosfs.com |
| Mark R. Zito: | mzito@jz-llc.com |

**Parties Served via U.S. First Class Mail*:**

- **See attached mailing matrix**

*The First-Class Mail Recipients will be served by BMC Group on the date noted above and a Proof of Service executed by BMC Group will be filed.

# Notice Recipients

District/Off: 0752−1 User: admin Date Created: 10/20/2026
Case: 26−17110 Form ID: 309F2 Total: 65

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Drink 2 Success Beverage Consultants LLC 248 Oakland Dr Highland Park, IL 60035−5047
tr Janice H Seyedin Janice Seyedin & Associates 1866 Sheridan Rd Ste 304 Highland Park, IL 60035
aty David P Leibowitz, ESQ Law Offices of David P Leibowiz LLC 3352 N. Sheffield Avenue Chicago, IL 60657
smg Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101
smg Internal Revenue Service Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604
32316810 AFS Law 233 S Wacker Drive Suite 7100 Chicago, IL 60606
32316812 AMERICAN EXPRESS Po Box 981537 El Paso, TX 79998−1537
32316808 Abbott Wolfe 248 Oakland Drive Highland Park, IL 60035
32316809 Accelerant LLC 18117 Biscayne Blvd Aventura, FL 33160−2535
32316811 American Express Po Box 981537 El Paso, TX 79998−1537
32316813 Apartment 103 16 Rue Kepler Paris France 75116
32316815 BC LL Brands, Inc. 19 Sherwood Ln Marietta, GA 30067
32316817 BLL Calle El Embajador #9C Suite 3B Bella Vista, Sto. Dom., Dom Rep 10110
32316814 Bank of America Po Box 15796 Wilmington, DE 19850−5796
32316816 BizFund LLC 315 Avenue U Third Floor Third Floor Brooklyn, NY 11223−3923
32316818 Brian Schechter 315 Avenue U Brooklyn, NY 11223−3923
32316820 CCL 21491 8th Street E. Sonoma, CA 95476
32316819 Carol J. Wolfe 248 Oakland Dr Highland Park, IL 60035−5047
32316821 Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850−5298
32316822 Chemistry Cultura 220 Alhambra Cir Penthouse Penthouse Coral Gables, FL 33134−5146
32316823 Citi Cards Attn: Bankruptcy PO Box 6789 Sioux Falls, SD 57117
32316824 Colangelo & Partners PR LLC 55 W 39th St 5th Flr New York, NY 10018−3850
32316826 DISCOVER BANK (now Capital One) Po Box 30939 Salt Lake Cty, UT 84130−0939
32326815 Darren Lyle Grenia 123 Moffat St #2 Brooklyn, NY 11207
32316825 Delta 4251 Gateway Park Blvd Sacramento, CA 95835
32318588 Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101
32316827 Epstein & Fahenkopf LLP 110 Greene Street Suite 10D New York, NY 10012
32316828 Fora Financial LLC 1385 Broadway 15th Floor New York, NY 10018
32316829 G and G Funding Group LLC 57 W 57th St 4th floor 4th Floor New York, NY 10019−2813
32316830 Headway Capital LLC 4700 W Daybreak Pky Suite 200 South Jordan, UT 84009
32316831 Illinois Department of Revenue BANKRUPTCY UNIT Po Box 19035 Springfield, IL 62794−9035
32316832 Industry Collective 363 Greenwich St New York, NY 10013
32316833 Internal Revenue Service Central Insolvency Function Po Box 7346 Philadelphia, PA 19101−7346
32318589 Internal Revenue Service Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604
32325137 Julian James Mohamed 12 Rockwell Place #3A Brooklyn, NY 11201
32316834 Kabookaboo Marketing/One Team 11003 SW 77th St Kendall, FL 33156
32316835 Light Square C/Central, 30 de Maya Sto. Domingo, Dom. Rep.
32316836 M&M Box Partitions 4141 W Grand Ave Chicago, IL 60651
32316837 Magrino 352 Park Avenue South 6th Floor New York, NY 10010
32318182 Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604
32316838 Meged Funding Group LLC 108 W 39th Street Suite 1006 New York, NY 10018
32316839 Michael Deehan 39 Thomas Grove Pittsford, NY 14534
32316840 Michael Johnson Piekarski Law Pllc 17 State Street Suite 1800 New York, NY 10004
32316841 Nason Yeager 3001 PGA Blvd Suite 305 Riviera Beach, FL 33410
32316842 Newco Capital Group LLC 333 W Commercial St Suite 324 East Rochester, NY 14445−2400
32316843 Newtek Bank NA 1891 Marcus Ave Suite 130 Suite 130 North Hempstead, NY 11042
32316844 Nitro Advance, Inc. 1178 Broadway Suite 3458 New York, NY 10001−5404
32316845 Palisade Advance LLC 2447 47th St Suite B Astoria, NY 11103−1009
32316846 Park Street Imports 1000 Brickell Ave Miami, FL 33131−3009
32316847 Pena Defillo Torre Salazar Ave Gustova M Ricart #54 Piso 10 Sto. Domingo, Dominican Republic
32316848 Phoenix Packaging 2530 LaPierre Monreal QC H8N 2WP Canada
32316849 Proforma PO Box 640814 45264−0814
32316850 REB Consulting 30 N Gould Steet Suite R Meriden, WY 82081
32316851 Richard Wolfe 425 S Dallas Avenue Pittsburgh, PA 15208
32326699 Roxanne Jo Mollicchi 113 Dikeman Street #2L Brooklyn, NY 11206
32316852 Steven Seelye 4515 Muirfield Dr Bradenton, FL 34210−2963
32316853 Tayne Law Group PC 135 Pineelawn Rd. Ste 250N Melville, NY 11747
32316854 The David Ortiz Children's Fund c/o Hallie Lorber 214 Main St Suite 448 El Segundo, CA 90245−3803
32316855 Too Successful Corp 248 Oakland Highland Park, IL 60035
32316856 TriState Fowarding, Inc 11 N Airmont Rd Suite 1 Suffern, NY 10901−5103
32316858 US Bank Po Box 108 Saint Louis, MO 63166−0108

| | | | |
|---|---|---|---|
| 32316859 | USI Logistics | 4420 Jefferies Hwy | Ritter, SC 29488−6488 |
| 32316857 | Uriel Katz | PO Box 597302 | Chicago, IL 60659 |
| 32316860 | Vermont Information Processing | 402 Watertower Cir | Colchester, VT 05446−5802 |
| 32316861 | Wolfepack Ventures, Inc. | 248 Oakland | Highland Park, IL 60035 |

TOTAL: 65